**Order filed April 17, 2012.**



In The

# Fourteenth Court of Appeals

—————————

NO. 14-12-00208-CV

—————————

**YOLANDA CERVANTES, Appellant**

**V.**

**JOSE ANGEL CERVANTES, Appellee**

**On Appeal from the 312th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2010-64424**

## O R D E R

The notice of appeal in this case was filed November 16, 2011. The clerk's record was filed March 2, 2012. To date, the filing fee of $175.00 has not been paid. No evidence that appellant has established indigence has been filed. *See* Tex. R. App. P. 20.1. On March 20, 2012, the court notified appellant that the filing fee was past due. No response was filed. Therefore, the court issues the following order.

Appellant is ordered to pay the filing fee in the amount of $175.00 to the Clerk of this court on or before **April 30, 2012.** *See* Tex. R. App. P. 5. If appellant fails to timely pay the filing fee in accordance with this order, the appeal will be dismissed.


PER CURIAM